UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

MATTHEW HAWLEY

vs.

ENERSYS, INC. and HENKEL CORPORATION

Civil Case No. 23-cv-6416

## DISCLOSURE STATEMENT
### Nongovernmental Corporation Disclosure

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for HENKEL CORPORATION, in (or who seeks to intervene in the above-captioned action), certifies that any parent corporations of said party, and/or publicly held corporation owning 10% or more of stock of said party are identified below :

Henkel Corporation is a wholly-owned subsidiary of Henkel Consumer Goods Inc., which is a wholly-owned subsidiary of Henkel US Operations Corporation, which is a wholly-owned subsidiary of Henkel of America, Inc., which is a subsidiary of Henkel of America I LLC, which is a wholly-owned subsidiary of Henkel AG & Co. KGaA.  No other company owns 10% or more of the stock of Henkel Corporation.

;

**or**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), the undersigned counsel for _____, in (or who seeks to intervene in the above-captioned action), certifies that there are no parent corporations of said party and no publicly held corporation owning more than 10% of its stock.

07/26/2023
Date

s/ Berj K. Parseghian
Signature of Attorney